**COURTROOM DEPUTY'S MINUTES**           **DATE:** 8/17/05
**MIDDLE DISTRICT OF ALABAMA**           **DIGITAL RECORDING:** 10:31 - 10:33
                                         **COURT REPORTER:**

x **ARRAIGNMENT**          ☐ **CHANGE OF PLEA**          ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**   ☐ **SENTENCING**

**PRESIDING MAG. JUDGE:** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson
**CASE NUMBER:** 1:05cr145-T                         **DEFENDANT NAME:** Lindsay Lee Brown, Jr.
**AUSA:** Todd Brown                                 **DEFENDANT ATTORNEY:** Kevin Butler
**PTSO:**                                            Type counsel ( )Waived; ( )Retained; ( )CJA; ( x )FPD
                                                     (X) appointed at arraignment; ( ) standing in for: _____
**USPO:**
Defendant ( )does; (✓)does NOT need an interpreter
Interpreter present? (✓)NO; ( )YES   Name:
**DISCOVERY DISCLOSURE DATE:** August 18, 2005

---

✓ This is defendant's **FIRST APPEARANCE.**
✓ **FINACIAL AFFIDAVIT EXECUTED.** ✓ *ORAL MOTION FOR APPT OF COUNSEL*
✓ *ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED*
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**     ✓ **Not Guilty**                              ☐ **Nol Contendere**
              ☐ Not Guilty by reason of insanity
              ☐ Guilty as to:
                  ☐ Count(s):
                  ☐ Count(s):                ☐ dismissed on oral motion of USA
                                             ☐ to be dismissed at sentencing
☐ Written plea agreement filed    ☐ **ORDERED SEALED**
☐ _____ Days to file pretrial motions
✓ 10/ 12/05 _____ Trial date or term
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
        ☐ Trial on _____ ; ☐ Sentencing on _____
✓ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
        ☐ Posting a $_____ bond;
        ✓ Trial on 10/12/05 ; or ☐ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
                    ☐ Defendant requests time to secure new counsel
☐ **WAIVER** of Speedy Trial. **CRIMINAL TERM:** 10/12/05