IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| V. | )   CASE NO:1:05-CR-145-T |
| | ) |
| **LINDSAY BROWN, JR.** | ) |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Christine A. Freeman, and enters her appearance as counsel for **LINDSAY BROWN, JR.** in the above-styled matter.

Dated this 15th day of September 2005.

          Respectfully submitted,

          s/Christine A. Freeman
          **CHRISTINE A. FREEMAN**
          **TN BAR NO.: 11892**
          Attorney for Defendant
          Federal Defenders
          Middle District of Alabama
          201 Monroe Street , Suite 407
          Montgomery, AL 36104
          TEL:  (334) 834-2099
          FAX:  (334) 834-0353
          E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org