| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE :** SEPTEMBER 19, 2005 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED:** 1:06 - 1:07 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY    **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 1:05CR145-T-CSC    **DEFENDANT NAME:** LINDSAY LEE BROWN, JR.

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. SUSAN REDMON | ATTY. CHRISTINE FREEMAN |

√   **DISCOVERY STATUS: NONE**

√   **PENDING MOTION STATUS:  NONE**

√   **PLEA STATUS: POSSIBLE PLEA**

√   **TRIAL STATUS: WILL TAKE 1 DAY FOR TRIAL**

☐   **REMARKS:**