IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
S0UTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR NO. 1:05CR145-T |
| | ) | |
| LINDSAY LEE BROWN, JR. | ) | |

**ORDER**

For good cause, it is

**ORDERED** that the defendant's change of plea hearing be and is hereby set for **October 4, 2005 , at 10:00 a.m.** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 3rd day of October, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE