IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:05CR145-T |
| | ) | |
| LINDSAY LEE BROWN, JR. | ) | |

**CONSENT**

I, **Lindsay Lee Brown, Jr.**, hereby declare my intention to enter a plea of guilty in the above case, and after conferring with my lawyer, I hereby consent to have a United States Magistrate Judge conduct the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to the making of such a plea and to adjudicate me guilty based on my plea of guilty. I understand that the District Judge to whom this case is assigned will decide later whether to accept or reject any plea agreement I may have with the United States and will impose sentence.

Done this the 4th day of October, 2005

_____
Defendant

_____
Attorney

FILED
OCT -4 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.