COURTROOM DEPUTY MINUTES    DATE: __10/3/05__    FTR RECORDING: __10:16 - 10:28__

MIDDLE DISTRICT OF ALABAMA    COURT REPORTER: __MITCHELL REISNER__

❏ ARRAIGNMENT    √ CHANGE OF PLEA    ❏ CONSENT PLEA

❏ RULE 44(c) HEARING    ❏ SENTENCING

| | |
|---|---|
| PRESIDING MAG. JUDGE: *CHARLES S. COODY* | DEPUTY CLERK: __WANDA STINSON__ |
| CASE NUMBER: *1:05CR145*-T-CSC | DEFENDANT NAME: __LINDSAY LEE BROWN, JR__ |
| AUSA: __TODD BROWN__ | DEFENDANT ATTY: __CHRISTINE FREEMAN__ |
| | Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; (√) CDO |
| USPO: __DOUG MATHIS__ | |
| Defendant ____ does __√__ does NOT need and interpreter. | |
| Interpreter present? __√__ NO ____ YES    Name: _____ | |

❏    This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

❏    Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

❏    **ORAL ORDER** Appointing ❏ FPD or ❏ CJA Panel. Notice of Appearance to be filed.

❏    **WAIVER OF INDICTMENT** executed and filed.

❏    **FELONY INFORMATION** filed.

❏    Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❏ Not Guilty    ❏ Nol Contendere    ❏ Not Guilty by reason of insanity

√ Guilty as to:    √ Count(s) __1__    of the Indictment.

❏ Count(s) __2__    ❏ dismissed on oral motion of USA;

√ to be dismissed at sentencing.

√    Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

❏    No Plea Agreement entered. √ Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement.

❏ **ORDERED SEALED.**

√    **ORAL ORDER** Adjudicating defendant guilty.

❏ **ORDER:** Defendant Continued under ❏ Same Conditions/Bond imposed ; ❏ Released on Bond &

Conditions of Release for: ❏ Trial on _____ ; ❏ Sentencing on _____ ; ❏ To be set by Separate Order

√ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Trial on _____ ; or √ Sentencing on _____ √ set by separate Order.