# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT   MONTGOMERY,   ALABAMA

DATE COMMENCED   DECEMBER 15, 2005          AT      11:30      A.M./P.M.

DATE COMPLETED   DECEMBER 15, 2005          AT      11:40      A.M./P.M.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | Cr No. 1:05cr00145-T |
| ) | |
| LINDSAY LEE BROWN, JR. ) | |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Todd Brown | X | Atty Christine Freeman |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| | | |
|---|---|---|
| Sheila Carnes, | David Sapp, | Mitchell Reisner, |
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:  SENTENCING HEARING

| | |
|---|---|
| 11:30 a.m. | Sentencing hearing commenced. Terms of plea agreement were stated on the record; court **accepts plea agreement.  ORAL ORDER** denying government's motion for reduction in criminal offense level (upon government's representation that motion should not have been filed). Sentence imposed incorporating previous forfeiture order.  Government's **oral motion** to dismiss count two of the indictment; **ORAL ORDER** GRANTING motion to dismiss count two. |
| 11:40 a.m. | Hearing concluded. |