```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE MIDDLE DISTRICT OF ALABAMA
                 SOUTHERN DIVISION

UNITED STATES OF AMERICA    )
                            )
     v.                     )   CR. NO. 1:05cr145-T
                            )
LINDSAY LEE BROWN, JR.      )
```

### MOTION TO ADD PUBLICATION AFFIDAVIT TO RECORD

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby moves this Court to enter into the record the attached Affidavit reflecting publication of the Notice of Criminal Forfeiture in the <u>Montgomery Independent</u> newspaper on January 12, 19 and 26, 2006, regarding the subject forfeiture action.

Respectfully submitted this 22nd day of February, 2006.

                                    FOR THE UNITED STATES ATTORNEY
                                        LEURA G. CANARY

<u>/s/John T. Harmon</u>
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560

CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2006, I electronically filed the foregoing Motion to Add Publication Affidavit to Record with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Christine Freeman** and **Todd A. Brown**.

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J