# The Montgomery Independent

141 Market Place
Montgomery, AL 36117
Phone: (334) 265-7323
Fax: (334) 265-7320

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 2/3/2006 | 0106-40 |

**BILL TO**

0782-United States Attorney's Office
John T. Harmon
P.O. Box 197
Montgomery, AL 36101-0197

| ACCOUNT | DUE DATE | REP |
|---------|----------|-----|
| 0782 | 2/3/2006 | JAM |

| SIZE | DESCRIPTION | # TIMES RAN | RATE | END RUN DA... | AMOUNT |
|------|-------------|-------------|------|---------------|--------|
| Legal | Notice of Forfeiture CR. No. 1:05cr145-T | 3 | 117.00 | 1/26/2006 | 351.00 |

| **Total** | $351.00 |
|-----------|---------|

ROBERT MARTIN, BEING SWORN, SAYS HE IS THE PUBLISHER AND OWNER OF RAM PUBLICATIONS
d/b/a THE MONTGOMERY INDEPENDENT, A WEEKLY NEWSPAPER OF GENERAL CIRCULATION,
PRINTED AND PUBLISHED IN THE CITY AND COUNTY OF MONTGOMERY, ALABAMA AND THAT THE
ATTACHED NOTICE APPEARED IN THE ISSUES OF: ___1/12, 19 + 26___
OF THE MONTGOMERY INDEPENDENT,
SWORN TO AND SUBSCRIBED BEFORE ME THIS THE _3rd_ DAY OF _Feb_, 2006.

_____ MY COMMISSION EXPIRES: 02/26/2006.

**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION**

UNITED STATES OF AMERICA

v.

LINDSAY LEE BROWN, JR.

CR. NO. 1:05CR145-T

**NOTICE OF FORFEITURE**

Notice is hereby given that on December 7, 2005, in the case of United States v. Lindsay Lee Brown, Jr., Cr. No. 1:05cr145-T, the United States District Court for the Middle District of Alabama entered a Preliminary Order of Forfeiture condemning and forfeiting the following listed weapon:

One Davis Industry, Model P380, .380 Claiber, Semi-Automatic Pistol, bearing serial number AP102785.

The foregoing Preliminary Order of Forfeiture having been entered, the United States hereby gives notice of its intention to dispose of the above listed weapon in such manner as the Attorney General of the United States may direct. Any persons or entities, other than the defendant named above, having or claiming a legal right, title or interest in the aforementioned weapon must, within thirty (30) days of the final publication of this notice or actual receipt thereof, whichever is earlier, petition the United States District Court for the Middle District of Alabama for a hearing to adjudicate the validity of his/her alleged interest in the weapon pursuant to Title 21, United States Code, Section 853 (n). If a hearing is requested, it shall be held before the Court along, without a jury. Claimants will bear the burden of proof in all such cases. Petitions that fail to allege an interest sufficient to maintain a claim under Section 853(n) shall be subject to dismissal without a hearing.

The petition shall be signed by the petitioner under penalty of perjury and shall identify the particular property or properties in which the petitioner claims a legal right, title or interest; the nature and extent of such right, title or interest in each property; the time and circumstances of the petitioner's acquisition of the right, title and interest in each property; and any additional facts and documents supporting

the petitioner's claim and the relief sought. See Title 21, United States Code, Section 853(n)(3). Corporate persons may only file claim if represented by counsel.

A hearing on the petition shall, to the extent practicable and consistent with the interests of justice, be held within thirty (30) days of the filing of the petition. The Court may consolidate the hearing on the petition with a hearing on any other petition filed by a person other than any of the defendants named above. The petitioner may testify and present evidence and witnesses on his own behalf and cross-examine witnesses who appear at the hearing.

**The Montgomery Independent**

Your petition must be filed with the Office of the Clerk, United States District Court for the Middle District of Alabama, 15 Lee Street, Montg., AL 36104, with a copy thereof sent to: John T. Harmon Assistant United States Attorney. Office of the United States Attorney, Middle District of Alabama, Once Court Square. Suite 201 (36104), Post Office Box 197, Montg., AL 36101-0197

(334)223-7280.

IF YOU FAIL TO FILE A PETITION TO ASSERT YOUR RIGHT, TITLE OR INTEREST IN THE ABOVE-DESCRIBED PROPERTY, WITHIN THIRTY (30) DAYS OF THE LAST PUBLICATION OF THIS NOTICE, WHICHEVER IS EARLIER, YOUR RIGHT. TITLE AND INTEREST IN THIS PROPERTY SHALL BE LOST AND FORFEITED TO THE UNITED STATES. THE UNITED STATES THEN SHALL HAVE CLEAR TITLE TO THE PROPERTY HEREIN DESCRIBED AND MAY WARRANT GOOD TITLE TO ANY SUBSEQUENT PURCHASER OR TRANSFEREE.

Jesse Seroyer, Jr.
UNITED STATES
MARSHAL, MIDDLE
DISTRICT OF ALABAMA
(Mont. Ind., Jan. 12, 19 & 26,
2006)