IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )
        v.                    )    CRIMINAL ACTION NO.
                              )      1:05cr145-MHT
LINDSAY LEE BROWN, JR.,       )
```

<u>ORDER</u>

It is ORDERED that the motion to add publication affidavit to record (Doc. No. 28) is granted.

DONE, this the 23rd day of February, 2006.


     /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE